**Order entered April 6, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-01054-CV

### IN THE MATTER OF E.M.H., A JUVENILE

**On Appeal from the County Court at Law No. 1**
**Hunt County, Texas**
**Trial Court Cause No. J-02589**

## ORDER

Before the Court is appellant's April 5, 2022 third motion for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to **April 15, 2022**. We caution appellant that no further extension requests will be granted.

/s/    KEN MOLBERG
          JUSTICE